# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | PAUL F. & SANDRA J. MAMMAY |
| Case Number: | 13-22479-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, APRIL 04, 2018 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## *Matter:*

Contested Hearing on Confirmation of Debtors' Amended Plan Dated 6/20/2017
- Conciliation Conference Held on 8/3/17 at Doc. # 196
- Conciliation Conference Held on 10/5/17 at Doc. # 204
- Conciliation Conference Held on 1/11/18 at Doc. # 214 - Continued To 2/7/2018 Contesteds
- Hearing Held 2/7/2018 - Continued To 4/4/2018
R / M #:  186 / 0

## *Appearances:*

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): Kenneth Steidl, Esq.
CREDITOR:

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  30  Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

- o/e 4/4/2018 setting continued hearing

FILED
4/4/18 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge