UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

    **Debtor:** PAUL F. & SANDRA J. MAMMAY
    **Case Number:** 13-22479-JAD    **Chapter:** 13

    **Date / Time / Room:** WEDNESDAY, APRIL 04, 2018 10:00 AM COURTROOM D

    **Bankruptcy Judge:** JEFFERY A. DELLER
    **Courtroom Clerk:** JEFF FURIS
    **Reporter / ECR:** N/A

## *Matter:*

Objection To Notice of Post-Petition Mortgage Fees, Expenses and Charges filed by Debtors
- Response Filed by LSF8 Master Participation Trust on 10/31/17 at Doc. # 208
- Hearing Held 12/13/2017 - Continued to 2/7/2018
- Hearing Held 2/7/2018 - Continued To 4/4/2018
R / M #:  197 / 0

## *Appearances:*

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Kenneth Steidl, Esq.
CREDITOR: ~~James A. Prostko, Esq.~~

## *Proceedings:*

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least 30 Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
4/4/18 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- o/e 4/4/2018 setting continued hearing

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge