**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/05/2018

IN RE:

PAUL F. MAMMAY, JR.
SANDRA J. MAMMAY
162 EAST WEDGEWOOD DRIVE
PITTSBURGH, PA 15229
XXX-XX-1847          Debtor(s)

XXX-XX-2899

Case No. 13-22479 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/5/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: 2 <br><br> CLAIM: 250.47 <br> COMMENT: NT/SCH*SVC THRU 6/11/13 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4001 |
| **US BANK TRUST NA - TRUSTEE** <br> C/O SELECT PORTFOLIO SERVICING* <br> PO BOX 65450 <br> SALT LAKE CITY, UT  84165 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: 16-2 <br><br> CLAIM: 0.00 <br> COMMENT: CL16-2GOVS*1467/PL@HFC*DKT4LMT*BGN 7/13*FR HSBC-D72*AMD*FR CALIBER(L | CRED DESC: MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 6569 |
| **JPMORGAN CHASE BANK NA** <br> PO BOX 901032 <br> FT WORTH, TX  76101-2032 | Trustee Claim Number: 3   INT %: 7.79% <br> Court Claim Number: 3 <br><br> CLAIM: 3,762.24 <br> COMMENT: PIF/CRDTR LTR*3836.34/CL*3836@6%/PL@K~PL NT K*CHASE AUTO FNC/SCH | CRED DESC: VEHICLE <br> ACCOUNT NO.: 5806 |
| **ALLEGHENY GENERAL HOSPITAL++** <br> C/O CBCS <br> PO BOX 164059 <br> COLUMBUS, OH  43216-4059 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **CAPITAL MANAGEMENT SVCS** <br> 726 EXCHANGE ST TE 700 <br> BUFFALO, NY  14210 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: 9508 |
| **OAK HARBOR CAPITAL VII LLC** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA  98124 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: 14 <br><br> CLAIM: 2,876.31 <br> COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9508 |
| **OAK HARBOR CAPITAL VII LLC** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA  98124 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 15 <br><br> CLAIM: 746.04 <br> COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3040 |
| **CAPITAL ONE(*)** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC  28269 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0381 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND** <br> PO BOX 268941 <br> OKLAHOMA CITY, OK  73126-8941 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: 1 <br><br> CLAIM: 1,223.17 <br> COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1817 |
| **CMS, INC.** <br> P.O. BOX 198037 <br> ATLANTA, GA  30384 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: S001 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5ALL |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 810.96<br>COMMENT: GE CPTL RTL*REF 3032713063 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1504 |
| **TOWNSHIP OF ROSS - SEWAGE**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:13  INT %: 10.00%<br>Court Claim Number:11<br>CLAIM: 934.10<br>COMMENT: CL11GOVS*1885.20@10%TTL/PL*UNS/SCH*W/26*PIF/CR/LTR~CL 1045.70 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 349-D-6;10-11 |
| **MERCY BEHAVORIAL HEALTH**<br>POB 644469<br>PITTSBURGH, PA 15264-4469 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9705 |
| **NORTH HILLS SD (ROSS)-R/E TAX**<br>C/O JORDAN TAX SVC- DELNQ CLLC<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:9-2<br>CLAIM: 579.02<br>COMMENT: CL9GOVS*2008.97@10%TTL/PL*UNS/SCH*W/36*AMD CL=$0 PIF | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 349 D 6;12 |
| **ALTAIR OH XIII LLC**<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 7,523.09<br>COMMENT: CERASTES LLC/CITIBANK*ONE MAIN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0900 |
| **QUEST DIAGNOSTICS++**<br>PO BOX 71303<br>PHILADELPHIA, PA 19176-1303 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8104 |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SIRIUS XM RADIO INC++**<br>POB 78211<br>PHOENIX, AZ 85062 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5389 |
| **STATE FARM BANK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,339.21<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5366 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **ROSS TOWNSHIP**<br>1000 MUNICIPAL DR<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 49D6 |
| **TRI RIVERS SURGICAL ASSOC.**<br>9104 BABCOCK BOULEVARD<br>SUITE 6111<br>PITTSBURGH, PA 15237 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0902 |
| **EQUITABLE GAS CO(*)**<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 262.93<br>COMMENT: NT/SCH*SVC THRU 6/13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2786697 |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA 15219-6107 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: N HILLS SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA 15219-6107 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLEGHENY CO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **TOWNSHIP OF ROSS - SEWAGE**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 766.88<br>COMMENT: CL11GOVS*1885.20@10%TTL/PL*UNS/SCH*W/13*PIF/CR/LTR~CL 839.50 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 349-D-6;10-11*NON-INT |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 8-2<br>CLAIM: 134.98<br>COMMENT: CL8GOVS*432.80@12%TTL/PL*NT/SCH*W/28*AMD CL=$0 PIF | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 349-D-6;13 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 8-2<br>CLAIM: 0.00<br>COMMENT: CL8GOVS*432.80@12%TTL/PL*NT/SCH*W/27*AMD CL=$0 PIF | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 349-D-6;13*NON-INT |
| **ROSS TOWNSHIP (EIT)**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 669.25<br>COMMENT: C6GOV/CONF*$/PL-CL@0% PRI/PL*NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: A570285;08-09 |
| **US BANK TRUST NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 16-2<br>CLAIM: 17,936.62<br>COMMENT: CL16-2GOVS*12757/PL@HFC*THR 6/13*FR HSBC-D72*AMD*FR CALIBER(LSF8 MPT | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6569 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NORTH HILLS SD (ROSS) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  669.22<br>COMMENT:  C5GOVS/CONF*$/PL-CL@0% PRI/PL*NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: A570285;08-09 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  866.89<br>COMMENT:  $@0%/PL-CL*NT/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 1847 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  6.47<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1847 |
| **TOWNSHIP OF ROSS-R/E TAX**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:10-2<br>CLAIM:  78.29<br>COMMENT:  CL10GOVS*302.20@10%TTL/PL*NT/SCH*W/35*AMD CL=$0 PIF | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  349 D 6;12 |
| **TOWNSHIP OF ROSS-R/E TAX**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:10-2<br>CLAIM:  16.51<br>COMMENT:  CL10GOVS*302.20@10%TTL/PL*NT/SCH*W/34*AMD CL=$0 PIF | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  349 D 6;12*NON-INT |
| **NORTH HILLS SD (ROSS)-R/E TAX**<br>C/O JORDAN TAX SVC- DELNQ CLLC<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:9-2<br>CLAIM:  113.41<br>COMMENT:  CL9GOVS*2008.97@10%TTL/PL*UNS/SCH*W/15*AMD CL=$0 PIF | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  349 D 6;12*NON-INT |
| **STATE FARM BANK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  0.00<br>COMMENT:  DUPLICATE C=1339.21*FLD @ 7 & 13 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5366 |
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE**<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  219.23<br>COMMENT:  SERVICE 4/13/16 - 4/22/16*TIMELY FILED WHILE IN CH 7 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5448 |
| **US BANK TRUST NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:16-2<br>CLAIM:  10,185.38<br>COMMENT:  DOE 9-7-17 VACATED/OE 10-12-17*NT/PL*NTC POST FEE/EXP*REF CL*W/30*FR CA | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.: 6569 |
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE**<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PMT/OE*BGN 7/17DIST | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 8924 |

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number: 41  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: USBANK/GIFM HOLDINGS/PRAE | |