Form 404

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF PENNSYLVANIA**

247 – 246  
jfur

In re:　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Case No.: 13–22479–JAD

Chapter: 13  
Hearing Date: 5/2/18 at 10:00 AM

**Paul F. Mammay Jr.**  
　Debtor(s)

Sandra J. Mammay  
fka Sandra J. Kording

Amended Objection to Notice of Post Petition Mortgage Fees &

**CERTIFICATE OF SERVICE OF**  Notice of Hearing Date  
　　　　　　　　　(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on   4/18/18　　　　　　　　　　.  
　　　　　　　　　　　　　　　　　　(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was:   First Class Mail　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Ronda J. Winnecour, Trustee  
Suite 3250 - Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

James Prostko, Esq.  
Phelan Hallinan Diamond & Jones  
1617 JFK Boulevard, Suite 400  
Philadelphia, PA 19103

Select Portfolio Servicing, Inc.  
Po Box 65250  
Salt Lake City, UT 84165-0250

James Prostko, Esq.  
c/o Phelan Hallinan Diamond & Jones  
Omni William Penn Office Tower  
555 Grant Street, Suite 300  
Pittsburgh, PA 15219

By:   /s/ Kenneth Steidl　　　　　　　　　  
　　　(Signature)  
　　　Kenneth Steidl　　　　　　　　　　  
　　Typed Name  
　　 2830 Gulf Tower  
　　 Pittsburgh, PA 15219  
　　　　　　　　　　　　　　　　　　　　  
　　Address  
　　 412-394-8000　　　　　　　　　　　　  
　　Phone No.  
　　　　34965　　　　　　　　　　　　　　  
　　List Bar I.D. and State of Admission