IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-22479 JAD |
| Paul F. Mammay, Jr. ) | |
| Sandra J. Mammay, ) | Chapter 13 |
| *Debtors* ) | Related to Document No. 257 |
| ) | |
| Sandra J. Mammay, ) | |
| Social Security No. XXX-XX-2899 ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Allegheny Health Network and Ronda J. ) | |
| Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 15, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Allegheny Health Network
Attn: Payroll Department
30 Isabella Street
Pittsburgh, PA 15212

Sandra J. Mammay
162 East Wedgewood Drive
Pittsburgh, PA 15229

Date of Service:    May 15, 2018          /s/ Kenneth Steidl
                                           Kenneth Steidl, Esquire
                                           STEIDL & STEINBERG
                                           28th Floor, Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA 15219
                                           (412) 391-8000
                                           ken.steidl@steidl-steinberg.com