IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 13-22479 |
| ) | Chapter 13 |
| Paul F. Mammay, Jr., ) | Docket No. |
| Sandra J. Mammay, ) | |
|     Debtors ) | |
| ) | Motion No. WO-2 |
| Sandra J. Mammay, ) | |
| Social Security No. XXX-XX- 2899 ) | Doc. # 254 |
| Movant ) | |
| ) | |
|     vs. ) | |
| ) | |
| UPMC and Ronda J. Winnecour, Esquire ) | |
| Chapter 13 Trustee, W.D. PA ) | |
|     Respondents ) | |

## ORDER OF COURT

AND NOW, to wit, this ___14th___ day of ___May___, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Sandra Mammay be terminated immediately.

Employer:

    **UPMC**
    **Attn: Payroll Department**
    **600 Grant Street**
    **USX Tower, 56th Floor**
    **Pittsburgh, PA 15219**

_____
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
5/14/18 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul F. Mammay, Jr.
Sandra J. Mammay
    Debtors

Case No. 13-22479-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: mgut　　　Page 1 of 1　　　Date Rcvd: May 14, 2018
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db　　　　+Paul F. Mammay, Jr.,　162 East Wedgewood Drive,　Pittsburgh, PA 15229-1026
jdb　　　#+Sandra J. Mammay,　162 East Wedgewood Drive,　Pittsburgh, PA 15229-1026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018　　　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
　　　　James Warmbrodt　　on behalf of Creditor　　U.S. Bank Trust National Association as Trustee for
　　　　　GIFM Holdings Trust bkgroup@kmllawgroup.com
　　　　James A. Prostko　　on behalf of Creditor　　LSF8 Master Participation Trust pawb@fedphe.com,
　　　　　james.prostko@phelanhallinan.com
　　　　James P. Valecko　　on behalf of Creditor　　LSF8 Master Participation Trust jvalecko@weltman.com,
　　　　　PitEcf@weltman.com
　　　　Jeffrey R. Hunt　　on behalf of Creditor　　Allegheny County jhunt@grblaw.com,　cnoroski@grblaw.com
　　　　Jeffrey R. Hunt　　on behalf of Creditor　　Township of Ross jhunt@grblaw.com,　cnoroski@grblaw.com
　　　　Jeffrey R. Hunt　　on behalf of Creditor　　North Hills School District jhunt@grblaw.com,
　　　　　cnoroski@grblaw.com
　　　　Joseph P. Schalk　　on behalf of Creditor　　LSF9 Master Participation Trust jschalk@barley.com,
　　　　　sromig@barley.com
　　　　Kenneth Steidl　　on behalf of Joint Debtor Sandra J. Mammay julie.steidl@steidl-steinberg.com,
　　　　　ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
　　　　　nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
　　　　　inberg.com
　　　　Kenneth Steidl　　on behalf of Debtor Paul F. Mammay, Jr. julie.steidl@steidl-steinberg.com,
　　　　　ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
　　　　　nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
　　　　　inberg.com
　　　　Leslie J. Rase, Esq.　　on behalf of Creditor　　Household Finance Consumer Discount Company
　　　　　lrase@sterneisenberg.com,　ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
　　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
　　　　Peter J. Ashcroft　　on behalf of Creditor　　Duquesne Light Company pashcroft@bernsteinlaw.com,
　　　　　ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
　　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
　　　　S. James Wallace　　on behalf of Creditor　　Peoples Natural Gas Company LLC sjw@sjwpgh.com,
　　　　　Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
　　　　S. James Wallace　　on behalf of Creditor　　Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
　　　　　Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 15