# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  PAUL F. MAMMAY, JR.<br>SANDRA J. MAMMAY<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  PAUL F. MAMMAY, JR.<br>SANDRA J. MAMMAY<br><br>        Respondents | Case No. 13-22479JAD<br><br>Chapter 13<br><br>Document No. 264<br><br>FILED<br>9/7/18 11:23 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this   7th   day of  September , 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Borough Of Bellevue
> Attn: Payroll Manager
> 537 Bayne Ave
> Pittsburgh, PA 15202

is hereby ordered to immediately terminate the attachment of the wages of PAUL F. MAMMAY, JR., social security number XXX-XX-1847. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PAUL F. MAMMAY, JR..

FURTHER ORDERED:   n/a

BY THE COURT:

_____ jsf
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    //Debtor(s) Employer //

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-22479-JAD
Paul F. Mammay, Jr.                                             Chapter 13
Sandra J. Mammay
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut              Page 1 of 1          Date Rcvd: Sep 07, 2018
                              Form ID: pdf900         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
```
db             +Paul F. Mammay, Jr.,    162 East Wedgewood Drive,    Pittsburgh, PA 15229-1026
jdb           #+Sandra J. Mammay,    162 East Wedgewood Drive,    Pittsburgh, PA 15229-1026
tr             +Ronda Winnecour,    600 Grant Street,   USX Tower,   Suite 3250,    Pittsburgh, PA 15219-2719
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James P. Valecko    on behalf of Creditor    LSF8 Master Participation Trust jvalecko@weltman.com,
               PitEcf@weltman.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph P. Schalk    on behalf of Creditor    LSF9 Master Participation Trust jschalk@barley.com,
               sromig@barley.com
              Kenneth  Steidl    on behalf of Joint Debtor Sandra J. Mammay julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com;kmeyers@st
              Kenneth  Steidl    on behalf of Debtor Paul F. Mammay, Jr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com;kmeyers@st
              Leslie J. Rase, Esq.    on behalf of Creditor    Household Finance Consumer Discount Company
               lrase@sterneisenberg.com,  ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 15
```