**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | PAUL F. MAMMAY, JR. |
| Debtor 2 (Spouse, if filing) | SANDRA J. MAMMAY |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 13-22479JAD |

# Form 4100N
# Notice of Final Cure Payment    10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NA - TRUSTEE

**Court claim no.** (if known): 16-2

**Last 4 digits** of any number you use to identify the debtor's account: 6 5 6 9

**Property Address:** 162 E WEDGEWOOD DR
PITTSBURGH PA 15229

## Part 2: Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 17,936.62 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 17,936.62 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 17,936.62 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment     $     $1,417.47

    The next postpetition payment is due on     7 / 1 / 2018
                                                  MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| | | | |
|---|---|---|---|
| Debtor 1 | **PAUL F. MAMMAY, JR.** | Case number *(if known)* | **13-22479JAD** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour         Date 10/11/2018
Signature

Trustee      Ronda J. Winnecour

Address    CHAPTER 13 TRUSTEE WD PA
           600 GRANT STREET
           SUITE 3250 US STEEL TWR
           PITTSBURGH, PA  15219

Contact phone  (412) 471-5566         Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | PAUL F. MAMMAY, JR. | Case number *(if known)* | 13-22479JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 06/23/2015 | 0948895 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 351.21 |
| 07/28/2015 | 0952949 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 773.81 |
| 08/26/2015 | 0956996 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 375.06 |
| 09/28/2015 | 0960900 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 425.71 |
| 10/26/2015 | 0964859 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 819.37 |
| 11/24/2015 | 0969018 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 431.05 |
| 12/22/2015 | 0973030 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 430.47 |
| 01/26/2016 | 0977080 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 816.07 |
| 02/24/2016 | 0981012 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 429.30 |
| 03/28/2016 | 0985063 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 428.71 |
| 07/26/2016 | 1005952 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,287.52 |
| 08/26/2016 | 1009950 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 819.59 |
| 09/27/2016 | 1013970 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 48.22 |
| 10/26/2016 | 1017843 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 66.23 |
| 11/21/2016 | 1021152 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 830.85 |
| 12/21/2016 | 1024449 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 443.13 |
| 01/27/2017 | 1027919 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,444.37 |
| 02/24/2017 | 1031332 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 527.17 |
| 03/28/2017 | 1034771 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 975.46 |
| 04/21/2017 | 1038062 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 74.08 |
| 05/25/2017 | 1041341 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 963.19 |
| 06/27/2017 | 1044724 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 516.21 |
| 07/25/2017 | 1048043 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 487.39 |
| 08/25/2017 | 1051379 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,038.68 |
| 09/26/2017 | 1054707 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 560.50 |
| 10/25/2017 | 1058066 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,021.72 |
| 11/21/2017 | 1061339 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 544.04 |
| 07/26/2018 | 1088173 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 125.54 |
| 08/28/2018 | 1091392 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 881.97 |
| | | | | 17,936.62 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 10/25/2013 | 0866238 | HOUSEHOLD FINANCE CORP (RE)* | AMOUNTS DISBURSED TO CREDITOR | 5,114.42 |
| 11/22/2013 | 0870315 | HOUSEHOLD FINANCE CORP (RE)* | AMOUNTS DISBURSED TO CREDITOR | 1,323.92 |
| 12/23/2013 | 0874342 | HOUSEHOLD FINANCE CDC CO** | AMOUNTS DISBURSED TO CREDITOR | 1,200.20 |
| 01/28/2014 | 0878382 | HOUSEHOLD FINANCE CDC CO** | AMOUNTS DISBURSED TO CREDITOR | 1,236.67 |
| 02/25/2014 | 0882488 | HOUSEHOLD FINANCE CDC CO** | AMOUNTS DISBURSED TO CREDITOR | 1,574.96 |
| 03/25/2014 | 0886556 | HOUSEHOLD FINANCE CDC CO** | AMOUNTS DISBURSED TO CREDITOR | 1,276.38 |
| 04/25/2014 | 0891275 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,716.46 |
| 05/28/2014 | 0895387 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,383.41 |
| 06/25/2014 | 0899421 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,481.42 |
| 07/24/2014 | 0903544 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,595.58 |
| 08/26/2014 | 0907599 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,711.20 |
| 09/29/2014 | 0911726 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,294.92 |
| 10/29/2014 | 0915751 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 469.22 |
| 11/24/2014 | 0919869 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,419.25 |
| 12/22/2014 | 0924469 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 954.54 |
| 01/27/2015 | 0928518 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,894.93 |
| 02/24/2015 | 0932584 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 956.51 |
| 03/26/2015 | 0936662 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,423.27 |
| 04/24/2015 | 0940764 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 954.07 |
| 05/26/2015 | 0944929 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 4,037.95 |
| 06/23/2015 | 0948895 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 07/28/2015 | 0952949 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 08/26/2015 | 0956996 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 09/28/2015 | 0960900 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 10/26/2015 | 0964859 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 11/24/2015 | 0969018 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 12/22/2015 | 0973030 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 01/26/2016 | 0977080 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 02/24/2016 | 0981012 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 03/28/2016 | 0985063 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 07/26/2016 | 1005952 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,834.94 |

| Debtor 1 | **PAUL F. MAMMAY, JR.** | Case number *(if known)* | **13-22479JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 08/26/2016 | 1009950 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 09/27/2016 | 1013970 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 10/26/2016 | 1017843 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 11/21/2016 | 1021152 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 12/21/2016 | 1024449 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 01/27/2017 | 1027919 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 02/24/2017 | 1031332 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 03/28/2017 | 1034771 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 04/21/2017 | 1038062 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 05/25/2017 | 1041341 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 06/27/2017 | 1044724 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 07/25/2017 | 1048043 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 08/25/2017 | 1051379 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 09/26/2017 | 1054707 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 10/25/2017 | 1058066 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 11/21/2017 | 1061339 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,417.47 |
| 12/21/2017 | 1064621 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 493.15 |
| 01/25/2018 | 1068060 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 994.65 |
| 02/23/2018 | 1072088 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 554.12 |
| 03/28/2018 | 1075301 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 1,436.32 |
| 04/24/2018 | 1078532 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 2,446.24 |
| 05/25/2018 | 1081816 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 2,735.72 |
| 06/22/2018 | 1084925 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 1,764.42 |
| 07/26/2018 | 1088173 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 915.14 |
| | | | | 85,048.20 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

PAUL F. MAMMAY, JR.
SANDRA J. MAMMAY
162 EAST WEDGEWOOD DRIVE
PITTSBURGH, PA  15229

KENNETH STEIDL ESQ
STEIDL & STEINBERG
707 GRANT ST STE 2830
PITTSBURGH, PA  15219

US BANK TRUST NA - TRUSTEE
C/O SELECT PORTFOLIO SERVICING*
PO BOX 65450
SALT LAKE CITY, UT  84165

SELECT PORTFOLIO SERVICING INC**
ATTN BANKRUPTCY NOTICING
3217 S DECKER LAKE DR
SALT LAKE CITY, UT  84119

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


10/11/18                                                          /s/ Renee Ward
                                                                  Administrative Assistant
                                                                  Office of the Chapter 13 Trustee