Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul F. Mammay Jr.
Sandra J. Mammay
fka Sandra J. Kording**
   Debtor(s)

Bankruptcy Case No.: 13−22479−JAD

Chapter: 13
Docket No.: 274 − 273

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 2nd of November, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/28/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/11/19 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/28/18.**

                                                                        Jeffery A. Deller
                                                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 13-22479-JAD
Paul F. Mammay, Jr.                                                      Chapter 13
Sandra J. Mammay
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur                Page 1 of 3               Date Rcvd: Nov 02, 2018
                              Form ID: 408              Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2018.
db             +Paul F. Mammay, Jr.,    162 East Wedgewood Drive,    Pittsburgh, PA 15229-1026
jdb           #+Sandra J. Mammay,    162 East Wedgewood Drive,    Pittsburgh, PA 15229-1026
tr             +Ronda Winnecour,    600 Grant Street,    USX Tower,    Suite 3250,    Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Household Finance Consumer Discount Company,    c/o Stern & Eisenberg, LLP,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3400
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
13654499       +Allegheny General Hospital,    c/o CBCS,    PO Box 1810,    Columbus, OH 43216-1810
13654507       +CMS,    445 Hamilton Avenue, Suite 1102,    White Plains, NY 10601-1832
13654508        CMS East, Inc,    P.O. Box 947,    Greensburg, PA 15601-0947
13654509       +Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
13699348       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13703801       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13654510        HFC,    PO Box 5233,    Carol Stream, IL 60197-5233
13744703       +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
13654512        Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13654513       +Jordan Tax Services, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
13654514       +Mercy Behavioral Health,    1200 Reedsdale Street,    Pittsburgh, PA 15233-2111
13699349       +North Hills SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13654515       +North Hills School District,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
13689687       +North Hills School District (Ross Township),    Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13654516       +Northland Group Inc.,    PO Box 390846,    Mail code SBK1,    Minneapolis, MN 55439-0846
14294585       +Peoples Natural Gas Company LLC,    Equitable Division,    c/o Barbara Rodgers,
                 375 North Shore Drive,    Pittsburgh, PA 15212-5866
13689690       +Ross Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
                 Irwin, PA 15642-7539
13654519       +Sears / CNBA,    PO Box 6275,    Sioux Falls, SD 57117-6275
13654520        Sirius Satelite Radio,    c/o EOS CCA,    PO Box 567,    Norwell, MA 02061-0567
13686018        State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13654521       +State Farm Bank,    PO Box 2316,    Bloomington, IL 61702-2316
13654522        Township of Ross,    c/o Goehring Rutter & Boehm,    Frick Building,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6107
13654523       +Tri-Rivers Surgical,    9104 Babcock Boulevard, Suite 2120,    Pittsburgh, PA 15237-5818
14764951       +U.S. Bank Trust National Association as,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 03 2018 01:50:38     Caliber Home Loans Inc,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
13727252       +E-mail/Text: bncmail@w-legal.com Nov 03 2018 01:50:14     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13659253        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 03 2018 01:56:30
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
13654500       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 03 2018 01:55:59     CACH, LLC,
                 370 17th Street,    Denver, CO 80202-1370
13819720       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 03 2018 01:50:38     Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, Oklahoma 73134-2500
13654501       +E-mail/Text: cms-bk@cms-collect.com Nov 03 2018 01:49:43     Capital Management Services LP,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13654502        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 03 2018 01:55:56
                 Capital One Bank USA NA,    P. O. Box 30281,    Salt Lake City, UT 84130-0281
13654505        E-mail/Text: bk.notifications@jpmchase.com Nov 03 2018 01:49:48     Chase Auto Finance,
                 P.O. Box 901076,    TX1-0056,    Fort Worth, TX 76101-2076
13654506        E-mail/Text: bankruptcydpt@mcmcg.com Nov 03 2018 01:50:05     CitiBank,
                 c/o Midland Credit Management,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13676139       +E-mail/Text: kburkley@bernsteinlaw.com Nov 03 2018 01:50:32     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13746335        E-mail/Text: cio.bncmail@irs.gov Nov 03 2018 01:49:42     Internal Revenue Service,
                 1000 Liberty Ave Room 705,    Pittsburgh, PA 15222
13654511       +E-mail/PDF: gecsedi@recoverycorp.com Nov 03 2018 01:56:25     JC Penney,
                 c/o GE Capital Retail Bank,    PO Box 103104,    Roswell, GA 30076-9104
13694519        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 03 2018 01:50:18     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617

```
District/off: 0315-2            User: jfur                   Page 2 of 3                  Date Rcvd: Nov 02, 2018
                                Form ID: 408                 Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13676759        E-mail/Text: bk.notifications@jpmchase.com Nov 03 2018 01:49:48     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P O Box 29505 AZ1-1191,   Phoenix AZ 85038-9505
13730010       +E-mail/Text: bncmail@w-legal.com Nov 03 2018 01:50:23      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13654517       +E-mail/PDF: cbp@onemainfinancial.com Nov 03 2018 01:56:07     One Main Financial,
                 6801 Colwell Blvd.,   Irving, TX 75039-3198
13654518       +E-mail/Text: BankruptcyMail@questdiagnostics.com Nov 03 2018 01:50:37      Quest Diagnostics,
                 3 Giralda Farms,   Madison, NJ 07940-1027
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Allegheny County
cr              LSF8 Master Participation Trust
cr              LSF9 Master Participation Trust
cr              North Hills School District
cr              Township of Ross
cr              U.S. Bank Trust National Association as Trustee fo
13654503*       Capital One Bank USA NA,   P. O. Box 30281,   Salt Lake City, UT 84130-0281
13654504*       Capital One Bank USA NA,   P. O. Box 30281,   Salt Lake City, UT 84130-0281
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                    TOTALS: 6, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2018 at the address(es) listed below:

```
              James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James P. Valecko    on behalf of Creditor    LSF8 Master Participation Trust jvalecko@weltman.com,
               PitEcf@weltman.com
              Jay B. Jones    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC pawb@fedphe.com
              Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Joseph P. Schalk    on behalf of Creditor    LSF9 Master Participation Trust jschalk@barley.com,
               sromig@barley.com
              Kenneth  Steidl    on behalf of Debtor Paul F. Mammay, Jr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Joint Debtor Sandra J. Mammay julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Household Finance Consumer Discount Company
               lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2           User: jfur                Page 3 of 3                   Date Rcvd: Nov 02, 2018
                               Form ID: 408              Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 16